IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20277
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LY TRINH HINH,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-273-1
- - - - - - - - - -
June 26, 1996

Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Ly Trinh Hinh appeals his sentence, contending that he should have received a reduction in his offense level for acceptance of responsibility and that his offense level should not have been increased for his role in the offense, for obstruction of justice, and for requiring more than minimal planning. Hinh executed a plea agreement containing a valid

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

waiver of the right to appeal his sentence, and Hinh's sentence was determined in accordance with the plea agreement. Accordingly, Hinh's appeal is dismissed as frivolous.  See United States v. Portillo, 18 F.3d 290, 292-93 (5th Cir.), cert. denied, 115 S. Ct. 244 (1994); see 5th Cir. R. 42.2.

APPEAL DISMISSED.